FILED/REC'D

2026 JAN 12 A 11:43

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# ATTACHMENT 1

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __7th__ DISTRICT OF __Western Wisconsin__

(Full name of plaintiff(s))

Paul N. Palmquist

vs

(Full name of defendant(s))

A.D.R.C. of Barron County

Cameron Police Department

Hon. James C. Babler

Specifically: Courtney Minkel & Adult Protective Services of the A.D.R.C.

Case Number:

26-cv-27-jdp

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __1116 West Main St. #3 Cameron WI 54822__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant _Courtney Minkel of the A.D.R.C. of Barron County: Adult protective services worker_ (Name)

is (if a person or private corporation) a citizen of _Wisconsin_
(State, if known)

and (if a person) resides at _335 E. Monroe Ave Barron, WI 54812_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Aging & Disability Resources Center_
Address (Same as listed above)   (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Courtney Minkel did on Friday, September 6 2024 gain illegal access to within the apartment my wife - Annette Palmquist - and I did occupy at time of approximately 1:30 p.m. She illegally secured the use of the Cameron, Wisconsin Police Department because of the false accusation from an anonymous caller to report

"Some abuses were going on within the home" — which 'these abuses' were not.

The reason I say the entrance into our, then, apartment were illegal and she - (Courtney Minkel) did severe illegal use of the Cameron, Wisconsin Police Department is because she would not at all in knocking on 'our' door identify either of the accuser of 'our' crimes, nor what 'we' were being accused of. This is clearly violations of both 'our' Third-(3rd)- and Fourth-(4th) Amendment Rights within the Bill of Rights to the Federal Constitution of the United States of America which read, respectively:

The Third-(3rd) Amendment:

"No illegal searches or seizures

shall be conducted without warrant or due process of law."

The Fourth (4a) Amendment is like it but states, "Every citizen has the right to security in persons, papers, property, and effects."

If I may say so, since I have started to anyway, that Courtney Minkel would not identify neither 'my' (really 'our') accuser, nor what 'I' was being accused of at the time my wife was forceably removed from our apartment — a federal kidnapping in other words assisted by the Cameron Police Department by posting a Cameron Police Department officer outside our apartment door. To whom (the Police Officer) I said, "She is quite comfortable here and does not wish to leave 'here'" (our apartment). I said this based upon the statements she (Annette) was making while she was in her hospice bed, "Get out of here, get out of here, I want 'you' (meaning the medical technician, Courtney Minkel, and the Police Officer) — I want you out of here!" To which the Police Officer said to her, "Well, maybe she would be more comfortable somewhere else."

To which I said back, "That may or may not be true, but it's quite obvious from her outbursts she does feel comfortable 'here' and does not wish to be taken from 'here' - [our apartment].

Still, with much subtility and refusal to back down from their forceably taking her from 'our' apartment, 'they' - [the Cameron Village Ambulance Service, the Mayo Clinic Health Systems technicians from Barron, Wisconsin - very nearby to 'us' 'here' at 1736 West Main Street in Cameron, Wisconsin and Courtney Minkel, the Adult Protective Services Worker for the Aging and Disability Resource Center] - took her down the road to the Mayo Clinic Health Systems Emergency Room in Barron, WI.

This is the very reason this is wrong: the action taken was a government-sponsored kidnapping when, especially, no mention of the charges against 'h' or even 'me' were made.

I was also not allowed to contact her nor even know of her whereabouts for months after this action.

I was not allowed to refer 'ourselves' or even 'myself' in the Barron County Circuit Court Incompetency Hearing held on December 20, 2024.

I was not allowed in front of the bar and there was a bailiff waiting to extricate 'me' from the courtroom if I had an outburst.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the A.D.R.C.-(Aging and Disability Resource Center of Barron County) specifically Courtney Minkel, the Cameron Police Department, and the Hon. James E. Babler to stop oppressing and making false accusations of innocent private citizens and using the false accusations of anonymous callers to predetermine guilt in court cases before the proceedings are even held.

E.  JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
   OR
☒ Court Trial – I want a judge to hear my case

Dated this __30th__ day of __December__ 2025.

Respectfully Submitted,

_Paul M. Fajust_
Signature of Plaintiff

_715-458-0003_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_1116 West Main Street Apt. #3_
_Cameron, WI 54822-9746_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.